UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SMITH,

              Plaintiff,

v.

B. FIDLES, et al.,

              Defendants.

_____/

Case No. 2:25-cv-13063

HONORABLE STEPHEN J. MURPHY, III

## <u>ORDER TRANSFERRING CASE</u>

Plaintiff Nathaniel Smith is an inmate confined at the Parnall Correctional Facility in Jackson, Michigan. ECF No. 8. He filed a *pro se* complaint against multiple correctional employees alleging constitutional violations that occurred during his confinement at the Carson City Correctional Facility (DRF) in Carson City, Michigan. ECF No. 1. A review of Plaintiff's allegations shows that venue is improper in the Eastern District. Because the case should have been brought in the Western District of Michigan, the Court will transfer the case.

A civil action may be brought in either: (1) a judicial district in which any defendant resides; or (2) the district in which a substantial part of the events giving rise to the claim occurred. 28 U.S.C. § 1391(b). The Carson City Correctional Facility, located in Montcalm County, is a part of the Western District of Michigan. 28 U.S.C. § 102(b). It appears from the face of the Complaint that each of the named Defendants are located in the Western District, and that the events forming the basis for Plaintiff's claims occurred at the Carson City Correctional Facility. *See* ECF No. 1,

1

PageID.2. There are no allegations of events occurring in the Eastern District of Michigan.

If venue is improper in the district where a case is filed, a district court may transfer it to the appropriate district. 28 U.S.C. § 1406(a); *see also Sifuentes v. Pluto TV*, No. 23-cv-10129, 2023 WL 319929, at *1 (E.D. Mich. Jan. 19, 2023) ("Congress has instructed district courts to dismiss, or in the interest of justice transfer, a case filed in the wrong division or district. 28 U.S.C. § 1406(a)."). The Court finds that it is in the interests of justice to transfer the case, rather than dismiss it.

**WHEREFORE**, it is **HEREBY ORDERED** that the case be **TRANSFERRED** to the United States District Court for the Western District of Michigan.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2025, by electronic and/or ordinary mail.

s/ R. Loury
Case Manager